**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: J.C.F., A  MINOR      :   No. 73 EM 2018
                                       :
                                       :
PETITION OF: ELIZABETH LARIN      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of August, 2018, the Motion to Withdraw as Counsel is DENIED.  Counsel is directed to file a Petition for Allowance of Appeal within 30 days.